# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No.  12-cv-00424-LTB

LINDA WILSON,

        Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company,

        Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 6 - filed March 20, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

          s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   March 21, 2012